| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-9<br>Case 24-90135<br>Eastern District of Texas<br>Lufkin<br>Mon Jun  3 13:24:24 CDT 2024 | Angelina County<br>c/o John Dillman, Linebarger<br>PO Box 3064<br>Houston, TX 77253-3064 | Angelina County Tax Office<br>PO Box 1344<br>Lufkin, Texas 75902-1344 |
| Attorney General of Texas<br>Box 12548, Capitol Station<br>Austin, TX 78711-2548 | Caine & Weiner for Progressive<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd 4th Floor<br>Sherman Oaks, CA 91411-2532 | Galloway Johnson Tompkins et al<br>Attys for PHH Mtg Services<br>1301 McKinney St, Ste 1400<br>Houston, TX 77010-3064 |
| Lacy Shae Gatlin<br>1707 Spruce Street<br>Lufkin, TX 75901-6445 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Tyler Division Case Only<br>3372 S/SW Loop 323<br>Tyler, TX 75701-9222 | Lloyd Kraus<br>Chapter 13 Trustee<br>110 N College Ste 1200<br>Tyler, TX 75702-7242 | PHH Mortgage Corp<br>Mortgage Svc Center Bankruptcy<br>One Mortgage Way<br>Mount Laurel, NJ 08054-4637 |
| PHH Mortgage Services<br>PO Box 24606<br>West Palm Beach, FL 33416-4606 | Prestige Financial Svc<br>Attn: Bankruptcy<br>351 W Opportunity Way<br>Draper, UT 84020-1399 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Walter David Stephens<br>P.O. Box 444<br>103 E. Denman<br>Lufkin, TX 75901-3993 | Texas Workforce Commission<br>PO Box 149080<br>Austin, TX 78714-9080 | U. S. Trustee  EDTX<br>300 Plaza Tower<br>110 N. College Ave<br>Tyler, TX 75702-7226 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. Department of Education<br>ECMC/Attn: Bankruptcy<br>P.O. Box 16408<br>Saint Paul, MN 55116-0408 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| (p)UNITED STATES ATTORNEY'S OFFICE<br>Attn: Michael W. Lockhart<br>500 Fannin St, Suite 1250<br>Beaumont, TX 77701-3101 | W. David Stephens<br>P. O. Box 444<br>103 E Denman Ave<br>Lufkin, Texas 75901-3993 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>1919 Smith St<br>Mail Stop 5024 HOU<br>Houston, TX 77002 | State Comptroller Public Accts<br>Capitol Station<br>Austin, TX 78774 | United States Attorney BMT<br>500 Fannin, Ste 1250<br>Beaumont, TX 77701-3101 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Lacy Shae Gatlin              End of Label Matrix
1707 Spruce Street               Mailable recipients    22
Lufkin, TX 75901-6445            Bypassed recipients     1
                                 Total                  23
```