# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-90135 |
| LACY SHAE GATLIN | § | CHAPTER 13 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears on behalf of **MORTGAGE ASSETS MANAGEMENT, LLC** and requests that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon Branch M. Sheppard at the address set forth below:

**Branch M. Sheppard**
**Galloway, Johnson, Tompkins, Burr & Smith, A PLC**
**1301 McKinney Drive, Suite 1400**
**Houston, Texas 77010**
**(713) 599-0700 (Telephone)**
**(713) 599-0770 (Facsimile)**

Please take further notice that the foregoing request includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, email or otherwise, which affects this matter.

Respectfully submitted,

By: __//s// Branch M. Sheppard__
      Branch M. Sheppard
      TBA No. 24033057
      bsheppard@gallowaylawfirm.com
      Annarose M. Harding
      TBA No. 24071438
      aharding@gallowaylawfirm.com
      Galloway, Johnson, Tompkins, Burr & Smith, A PLC
      1301 McKinney Drive, Suite 1400
      Houston, Texas 77010
      (713) 599-0700 – Telephone
      (713) 599-0777 – Facsimile
      **ATTORNEYS FOR MORTGAGE ASSETS MANAGEMENT, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following on July 26, 2024 as follows:

**VIA FIRST CLASS MAIL**
LACY SHAE GATLIN
1707 SPRUCE STREET
LUFKIN, TX 75901
**DEBTOR**

**VIA CM/ECF**
WALTER DAVID STEPHENS
P.O. BOX 444
103 E. DENMAN
LUFKIN, TX 75902
**DEBTOR'S COUNSEL**

**VIA CM/ECF**
LLOYD KRAUS
110 N. COLLEGE AVE., 12TH FLOOR
TYLER, TX 75702
**CHAPTER 13 TRUSTEE**

**VIA CM/ECF**
US TRUSTEE
110 N. COLLEGE AVE., STE. 300
TYLER, TX 75702

    //s// Branch M. Sheppard
    Branch M. Sheppard