# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LACY SHAE GATLIN, | § | Case No. 24-90135 |
| | § | (CHAPTER 13) |
| DEBTOR, | § | |
| | § | |
| MORTGAGE ASSETS MANAGEMENT, LLC, | § | |
| | § | |
| | § | |
| CREDITOR. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE take notice that the undersigned counsel represents and will serve as counsel for Mortgage Assets Management, LLC. Accordingly, the undersigned counsel enters their appearances pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017(a), 9010(b), and 9013, if applicable, and request copies of all notices and pleadings. All such notices should be addressed as follows:

Scott H. Crist
sc@taherzlaw.com
Texas Bar No. 24057814
15851 N. Dallas Parkway Suite 410
Addison, Texas 75001
Tel. (469) 729-6800
Fax. (469) 828-2772

Please take further notice that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by email, delivery, telephone, telegraph, telex or otherwise filed with regard to the above referenced case and the proceedings.

Dated: August 1, 2024

Respectfully submitted,

BY: */s/ Scott H. Crist*

**TAHERZADEH, PLLC**

Selim H. Taherzadeh
st@taherzlaw.com
Texas Bar No. 24046944
Scott H. Crist
sc@taherzlaw.com
Texas Bar No. 24057814
15851 N. Dallas Parkway Suite 410
Addison, Texas 75001
Tel. (469) 729-6800
Fax. (469) 828-2772

## **CERTIFICATE OF SERVICE**

   I certify that a copy of the foregoing document was filed electronically in compliance with the Court's ECF filing rules and pursuant to the Federal Rules of Civil Procedure for all counsel and parties not registered to receive notice by the Court's electronic filing system.

| | |
|---|---|
| Debtor<br>Lacy Shae Gatlin<br>1707 Spruce Street<br>Lufkin, TX 75901 | Debtor's Attorney<br>Walter David Stephens<br>P.O. Box 444<br>103 E. Denman<br>Lufkin, TX 75902-0444 |
| Chapter 13 Trustee<br>Lloyd Kraus<br>Plaza Tower<br>110 N. College Ave.,<br>12th Floor<br>Tyler, TX 75702 | U.S. Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702 |

            */s/ Scott H. Crist*
            SCOTT H. CRIST